**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BOBBY RAY JOHNSON, JR.                                                                                    PLAINTIFF
#11833-08

v.                                       No. 4:09CV00419 JLH-JJV

DOC HOLLADAY, Sheriff, Pulaski County; RANDY
MORGAN, Chief, Pulaski County Sheriff's Department;
KELLY PAXON, Captain, Pulaski County Regional
Detention Facility; VEROCHIA PETERS, Captain, Pulaski
County Regional Detention Facility; and K. BROOKS,
Pulaski County Regional Detention Facility                                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      This action is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and any pending Motions are DENIED AS MOOT; and

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 8th day of October, 2009.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE